DANIEL G. BOGDEN
United States Attorney
PATRICK WALSH
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336
Fax (702) 388-6698

2010 AUG 30 A 10: 57

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs )<br>)<br>PREMISES KNOWN AS )<br>A UNITED STATES POSTAL SERVICE )<br>EXPRESS MAIL FLAT RATE MAILING )<br>ENVELOPE APPROXIMATELY 8.5" X 11" IN )<br>SIZE AND BLUE AND WHITE IN COLOR )<br>ADDRESSED TO AMANDA MERCER )<br>1058 CASTIRON RIDGE COURT )<br>HENDERSON, NEVADA 89052 WITH )<br>BAR CODE NUMBER EH 518660563 US )<br>_____ ) | 2:09-mj-821-GWF |

### GOVERNMENT'S APPLICATION FOR AN ORDER TO UNSEAL AFFIDAVIT

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and Patrick Walsh, Assistant United States Attorney, and moves this Court to unseal the Affidavit together with the Application and the Court's Order for purposes of discovery in the above-captioned matter.

. . .

. . .

. . .

. . .

Unsealing is necessary to permit the Government to copy and distribute the above referenced documents to the defense.

DATED this 30th day of August, 2010.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*Patrick Walsh*
PATRICK WALSH
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| PREMISES KNOWN AS | ) | 2:09-mj-821-GWF |
| A UNITED STATES POSTAL SERVICE | ) | |
| EXPRESS MAIL FLAT RATE MAILING | ) | |
| ENVELOPE APPROXIMATELY 8.5" X 11" IN | ) | |
| SIZE AND BLUE AND WHITE IN COLOR | ) | |
| ADDRESSED TO AMANDA MERCER | ) | |
| 1058 CASTIRON RIDGE COURT | ) | |
| HENDERSON, NEVADA 89052 WITH | ) | |
| BAR CODE NUMBER EH 518660563 US | ) | |
| | ) | |
| _____ | ) | |

Based on Government's Application for an Order to Unseal the Affidavit together with the Application and the Court's Order issued in the above-captioned matter and good cause appearing, therefor

IT SO ORDERED that the Affidavit, the Application and the Court's Order be unsealed.

DATED this 1st day of September, 2010.

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

3